# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE LAMB,<br>　　*Plaintiff*,<br><br>v.<br><br>CVS HEALTH,<br>　　*Defendant*. | CIVIL ACTION<br>NO. 21-638 |

## ORDER

**AND NOW**, this 28th day of May, 2021, upon consideration of Defendant's Partial Motion for Judgment on the Pleadings (ECF No. 4), it is hereby **ORDERED** that said Motion is **GRANTED in Part** and **DENIED in Part**. Accordingly, Counts III and IV of Plaintiff's Complaint are **DISMISSED**, and Plaintiff shall have thirty (30) days from the date of this Order to amend her Complaint.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II　J.