# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE LAMB, : | |
|     *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | NO. 21-638 |
| : | |
| CVS HEALTH, : | |
|     *Defendant*. : | |

## ORDER

**AND NOW**, this 15th day of October, 2021, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 10), it is hereby **ORDERED** that said Motion is **GRANTED**. Accordingly, counts III and IV of Plaintiff's Amended Complaint are **DISMISSED**. Should Plaintiff wish to do so, she shall have **thirty (30) days** from the date of this Order to file a Second Amended Complaint.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.