**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARIE LAMB,  :  *Plaintiff*,  : | |
| : | CIVIL ACTION |
| v.  : | NO. 21-638 |
| : | |
| CVS HEALTH,  :  *Defendant*.  : | |

**ORDER**

**AND NOW**, this 18th day of February, 2022, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 18), it is hereby **ORDERED** that said Motion is **GRANTED**. Accordingly, Counts III and IV of Plaintiff's Second Amended Complaint are **DISMISSED WITH PREJUDICE**, and Plaintiff's request for punitive damages is **DENIED**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.